UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                    Movant,

        -against-

UNITED STATES OF AMERICA,

                Respondent.

24-CV-2414 (AS)

17-CR-0151-1 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

1.  The Government should file its opposition to the habeas motion on the docket of 24cv2414. Both parties should make sure all future filings are made on both the 24cv2414 and 17cr151-1 dockets.

2.  **The Court reminds Movant Robert Pizarro that his response to the Government's answer (dkt. 488 in 17cr151-1) is due July 22, 2024. If he needs additional time to file his response, he should request an extension.**

3.  The Government has not responded to Pizarro's (a) motion for discovery (dkt. 483 in 17cr151-1) or (b) motion for relief from judgment (dkt. 486 in 17cr151-1). The government should file a letter response by July 22, 2024.

SO ORDERED.

Dated:   July 16, 2024
         New York, New York

                                   ARUN SUBRAMANIAN
                                 United States District Judge