UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                        Plaintiff,

           -against-

UNITED STATES OF AMERICA,

                        Defendant.

24-CV-2414 (AS)
17-CR-151 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's October 15, 2024 Order, Dkt. 30, the C.J.A. Attorney assigned to this case was required to file either a supplemental brief on the pending motions or a letter indicating that the Court can decide the pending motions based on what Pizarro has submitted by December 15, 2024. That deadline is hereby extended, *nunc pro tunc*, to January 15, 2025.

           SO ORDERED.

Dated: December 16, 2024
        New York, New York

_____
           ARUN SUBRAMANIAN
           United States District Judge