UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Robert Pizarro,
   Petitioner

-vs-

United States of America,
   Respondent

Case No.# 24-cv-2414 (AS)
17-Cr-151 (AS)

RECEIVED JUN 27 2025 PRO SE OFFICE

## Motion To Withdraw Pending Rule 60(b) Motion Pursuant to Fed. R. Civ. P. 10(a)-(b)

   COMES NOW, Petitioner Robert Pizarro, Pursuant to the above captioned, currently before this Court is Petitioner's §2255 Motion to vacate sentence & Petitioner Moves this Court to GRANT this Motion for Withdrawal of his pending Rule 60(b) Motion, in Support Petitioner states the following:

(1). Petitioner respectfully request withdrawal of his Rule 60(b) Motion because the Motion is/was prematurely filed on this Court.

(2). Petitioner respectfully request that this Court Withdraw his Rule 60(b) Motion Without prejudice, so that if need be, the claims raised may be adjudicated at a later date.

(3). Moreover, Petitioner's Motion to Vacate Sentence is currently pending before this Honorable Court, & redress/relief Petitioner so seeks can be GRANTED by this Court.

WHEREFORE, for the foregoing FACTS & REASONS Petitioner request respectfully that this Court GRANT this Motion & withdraw Petitioner's Rule 60(b) Motion without prejudice as premature.

Respectfully Submitted,
Mr. Robert Pizarro
Robert Pizarro

Dated: June 10, 2025

The motion is DENIED as moot given that the Court already adjudicated petitioner's Rule 60(b) motion, construing it as a motion to amend his habeas petition. See Dkt. 42. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 43.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 2, 2025

# CERTIFICATE OF SERVICE

WHEREFORE, Petitioner, Robert Pizarro do hereby certify that on June 10, 2025 I caused the foregoing Withdrawal Motion Pursuant to Fed. R. Civ. P. 8(a); 10(a)(b) to be served on the United States District Court for the Southern District of New York via prepaid first class postage pursuant to the Prison mailbox rule/ Houston v. Lack, 487 U.S. 266, 270-273 (1988) / Fed. R. App. P. 4(c)(1).

Robert Pizarro
Robert Pizarro

Signature                           Date: June 10, 2025.

Cert.mail # 9589-0710-5270-0624-2073-18

