# United States District Court
## For The Southern District of New York

RECEIVED
SDNY PRO SE OFFICE

2026 JAN -8 PM 4: 35

Robert Pizarro,
Petitioner

v.

United States of America,
Respondent

Case no's 17-cr-151 (AS)/(AJN)
25-2693
24-cv-2414

## MOTION FOR ORDER OF DESIGNATION OF RECORD ON APPEAL

Mr. Robert Pizarro, in pro se, in necessity, hereby presents his Motion, respectfully requesting that this Honorable Court issue an order designating the record on appeal pursuant to Federal Rules of Appellate Procedure, Rule 10 (b)(1). Mr. Pizarro avers that the record on appeal should include the following documents on file in the United States District Court Clerk's Office, as Mr. Pizarro has filed for a Certificate of Appealability (C.O.A.), to wit:

1. Original indictment in case number 17-cr-151 (AJN), United States of America v. Robert Pizarro & Juan Rivera, dated: March. 6, 2017; Grand Jury transcripts & minutes, dated: March 6, 2017; Arraignment transcripts & minutes in the above matter, dated: March 20, 2017.

2. All sworn affidavits for probable cause for warrants. i.e., Search & seizure, arrest., etc.; all warrant applications & all warrants in the above matter.

1 of 3

3. Second Superseding Indictment; Grand Jury transcripts & minutes of 2nd Superseding Indictment; transcripts of arraignment on 2nd Superseding Indictment in the above criminal matter.

4. Third Superseding Indictment, dated: April 4, 2018; Grand Jury transcripts & minutes on the 3rd Superseding Indictment; transcripts of arraignment on 3rd Superseding Indictment, dated: April 9, 2018 in the above criminal matter.

5. Fourth Superseding Indictment, dated: April 25, 2018; Grand Jury transcripts & minutes on 4th Superseding Indictment; transcripts of arraignment on 4th Superseding Indictment, dated: April 30, 2018. In the above criminal matter.

6. Trial transcripts in the above criminal matter, from dates September 11, 2018 through September. 26, 2018.

7. Rule 33 & 29 Motions & responses; Opinion & Order for the Rule 33 & 29 Motions in the above criminal matter.

8. Sentencing transcripts & minutes, as to Mr. Pizarro, in the above criminal matter, dated: July. 30, 2019

9. 28 usc §2255 Motions (response & reply); §2255 Opinion & Order in the above civil matter.

Wherefore now above premises considered, Petitioner Mr. Robert Pizarro urges this Court to GRANT this Motion, & order the above documents to be designated as the record on appeal, as it is destrimental to Constitutional issues in the above matter.

The Court's internal system reflects that the record on appeal has already been transmitted to the Second Circuit on October 23, 2025. Because there's nothing more for the Court to do in this case, the Clerk of Court is respectfully directed to terminate ECF No. 49 and to close this case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 13, 2026

Respectfully Submitted on this 23rd Day of December, 2025

Robert Pizarro
Robert Pizarro #69026-054
U.S.P. Victorville
P.O. Box 3900
Adelanto, C.A. 92301

## Certificate Of Service

WHEREFORE, Petitioner, Robert Pizarro, do hereby certify that on December 23, 2025 I caused the foregoing Motion/Action for Order of Designation of Record on Appeal, to be served the Clerk of the United States District Court for the Southern District of New York via prepaid first Postage, pursuant to Houston v. Lacks, 487 us 266, 270-276 (1988).

Robert Pizarro #69026-054                    Date: 12/23/2025

Cert. Mail #9589-0710-5270-1969-6825-25

3 of 3

Robert Pizarro #69026-054
U.S.P. Victorville
P.O. Box 3900
Adelanto, C.A. 92301

Legal mail    Legal mail    Legal mail    Legal mail    Legal mail    Legal mail

RECEIVED
SDNY PRO SE OFFICE
2026 JAN 18 PM 4:35

USMS SDNY

Clerk of Court
U.S. District Courthouse
500 Pearl Street
New York, N.Y. 10007

pro se

9589 0710 5270 1969 6825 25

CERTIFIED MAIL®

RECEIVED
CLERK'S OFFICE
SDNY

PURPLE HEART    FOREVER USA