UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                Defendants.

24-CV-2414 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court DENIES the certificate of appealability, clarifying the order at Dkt. 47. For a certificate of appealability to issue, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That requires a petitioner to demonstrate that reasonable jurists could debate whether "the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983). For the reasons discussed at Dkt. 47, there's no debate about the proper resolution of the motion.

    SO ORDERED.

Dated: March 12, 2026
      New York, New York

                                  ARUN SUBRAMANIAN
                              United States District Judge